**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

CRAIG COLBOCH,                          )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )          Case No. 05-4143-SAC
                                        )
MORRIS COMMUNICATIONS                   )
COMPANY, LLC, et al.,                   )
                                        )
                    Defendants.         )

## <u>ORDER</u>

This matter comes before the court upon the parties' stipulation to seal certain documents (Doc. 22).  On January 26, 2006, plaintiff filed his Motion on Shortened Time For Production of Documents Under F.R.C.P. 26, or Continuation of the Planning and Scheduling Hearing (Doc. 19).  During a telephone scheduling conference with the parties later that same day, the court and opposing counsel learned from plaintiff that certain documents filed in support of that motion were documents that had been designated as confidential.  The parties agreed that they would confer with regard to the issue and file a request for the court identifying the documents at issue and requesting that those documents be removed from public viewing and re-filed under seal.  The instant stipulation represents that request and identifies the documents at issue to be the final seventeen pages of the set of documents currently attached as part six to plaintiff's motion (Doc. 16).

The court has reviewed the parties' stipulation, and the documents at issue, and finds that there is good cause that they be removed from public viewing and maintained under seal.  Accordingly,

**IT IS ORDERED** that the court clerk's office shall remove the final seventeen pages (pp. "10 of 26" through "26 of 26") of the set of documents currently attached as part six to plaintiff's motion (Doc. 16) from public viewing and shall then maintain those seventeen documents under seal as a sealed exhibit in support of plaintiff's motion (Doc. 19).

**IT IS SO ORDERED.**

Dated this 27th day of January, 2006, at Topeka, Kansas.

s/K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge